# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISON

| | | |
|---|---|---|
| In re: | § | Case No. 11-29727 |
| SHANE W. PROWETT | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on October 5, 2012 in Courtroom 201,

United States Courthouse
Will County Court Annex Building
57 North Ottawa Street, Suite 201
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/05/12               By:   Joji Takada
                                             Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646

**UST Form 101-7-NFR(7/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| SHANE W. PROWETT | § | Case No. 11-29727 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,500.07 |
| and approved disbursements of | $ | 75.00 |
| leaving a balance on hand of[1] | $ | 4,425.07 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $        0.00 | $        0.00 | $     1,125.02 |
| Other: Donald Dodge | $     250.00 | $        0.00 | $        250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,375.02 |
| Remaining Balance | $ | 3,050.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,042.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 1 | Esq John J Toomey | $ 659.88 | $ 0.00 | $ 105.69 |
| 2 | DISCOVER BANK | $ 4,886.90 | $ 0.00 | $ 782.73 |
| 3 | Us Bank N. A. | $ 7,116.44 | $ 0.00 | $ 1,139.84 |
| 4 | Us Bank N. A. | $ 6,379.37 | $ 0.00 | $ 1,021.79 |

Total to be paid to timely general unsecured creditors    $ 3,050.05

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada _____
                                    Trustee

*Joji Takada*
*6336 North Cicero Avenue, Suite 201*
*Chicago, IL  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-29727-BWB
Shane W. Prowett                                                          Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2          Date Rcvd: Sep 06, 2012
                             Form ID: pdf006           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
db          +Shane W. Prowett,    120 Vernon Drive,    Bolingbrook, IL 60440-2421
17563934    +Citibank,    Payment Processing Center,    Des Moines, IA 50363-0001
17563936    +IL Teamsters App Training Fund,    990 N.E. Frontage Road,    Joliet, IL 60431-2764
17563942   ++John J Toomey, Esq,    C/O Sub. Teamsters Arnold And Kaplan,    203 N. La Salle Street Suite 1650,
             Chicago, IL 60601-1257
17563937    +Labor Mgmt. Coop. Comm.,    c/o Teamsters Local 179,    1000 N.E. Frontage Road,
             Joliet, IL 60431-8783
17563938    +Local 179 Teamsters,    1000 N.E. Frontage Road,    Joliet, IL 60431-8807
17563939    +Nathaniel J. Pomrenze,    25 East Washington Street,    Suite 1000,    Chicago, IL 60602-1705
17563941    +Rock Bottom Trucking, Inc.,    120 Vernon Drive,    Bolingbrook, IL 60440-2421
17563943     Sub. Teamsters Welfare Fund,    c/o National Bank of Elgin,    101 E. Chicago Street,
             Elgin, IL  60120-6466
17563944    +Three River Const. Alliance,    c/o Teamsters Local 179,    1000 N.E. Frontage Road,
             Joliet, IL 60431-2797
17563945   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: U. S. Bank,    443 N. Bolingbrook,    Bolingbrook, IL  60440)
17563947    +Will-Grundy Ind. Ad. Trust,    c/o Teamsters Local 179,    1000 N.E. Frontage Road,
             Joliet, IL 60431-8783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17977173     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2012 02:04:01     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
17563935    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 07 2012 02:04:01     Discover Card,    PO Box 6103,
             Carol Stream, IL 60197-6103
                                                                                   TOTAL: 2

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17563933     MATRIX - SHANE W. PROwETT
17563940*   +Shane W. Prowett,    120 Vernon Drive,    Bolingbrook, IL 60440-2421
17563946*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: U. S. Bank,    PO Box 790408,    Saint Louis, MO  63179)
18351523*  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
            (address filed with court: US Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201)
                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2012**                           **Signature:**

```
District/off: 0752-1          User: dramey          Page 2 of 2          Date Rcvd: Sep 06, 2012
                             Form ID: pdf006        Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2012 at the address(es) listed below:
              Joji  Takada    trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
              Nathaniel J. Pomrenze    on behalf of Debtor Shane Prowett njp@njpltdlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                              TOTAL: 3